**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Karl Joseph SCHMIEDING, Petitioner**

**Commonwealth of Pennsylvania,**
**Respondent**

v.

**Karl Joseph Schmieding, Petitioner**

**No. 146 MAL 2016**
**No. 147 MAL 2016**

Supreme Court of Pennsylvania.

September 29, 2016

## ORDER

PER CURIAM

**AND NOW**, this 29th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.